

# THE STATE OF TEXAS
## MANDATE

TO THE 12TH DISTRICT COURT OF WALKER COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 5th day of November, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Jeremy Case Rodriguez, Appellant | No. 06-15-00128-CR |
| v. | Trial Court No. 26,838 |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Jeremy Case Rodriguez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 31st day of December, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*